NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GRADY RODRIGUAS BRYE,  )
                       )
        Appellant,     )
                       )
v.                     )        Case No.  2D17-4243
                       )
STATE OF FLORIDA,      )
                       )
        Appellee.      )
_____)

Opinion filed August 3, 2018,

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

Grady Rodriguas Brye, pro se.


PER CURIAM.

        Affirmed.



SILBERMAN, BLACK, and SLEET, JJ., Concur.